Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

         Case No.: 19−21593−JKS
         Chapter: 13
         Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephen Nocera
   20 Kevin Road
   Lincoln Park, NJ 07035

Social Security No.:
   xxx−xx−6739

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                 8/8/19
Time:                08:30 AM
Location:          Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 11, 2019
JAN: lc

                                    Jeanne Naughton
                                    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-21593-JKS
Stephen Nocera                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2           Date Rcvd: Jun 11, 2019
                             Form ID: 132             Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2019.
```
db             +Stephen Nocera,    20 Kevin Road,    Lincoln Park, NJ 07035-2126
518293996      +Atlantic Health System,    POB 21385,    New York, NY 10087-1385
518293997      +Best Egg,    4316 Pickett Rd,    POB 3999,    Saint Joseph, MO 64503-0999
518294000       Cash Advance,    273 E 1875 South,    Roosevelt, UT 84066
518294002      +DSRM National bank,    POB 300,    Amarillo, TX 79105-0300
518293998     ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
                (address filed with court:   Blaze Master Card,    POB 2534,    Omaha, NE 68103)
518294004      +First National Credit Card,    POB 2496,    Omaha, NE 68103-2496
518294005      +First Premier Bank,    POB 5147,    Sioux Falls, SD 57117-5147
518294006      +First Savings Credit Card,    POB 2509,    Omaha, NE 68103-2509
518294007      +Fortiva,    POB 105341,    Atlanta, GA 30348-5341
518294012      +Lend Up L Visa Card,    237 Kearney St #197,    San Francisco, CA 94108-4502
518294015      +Mariner Financial,    1090 Amboy Ave C4,    Edison, NJ 08837-2896
518294016      +Max Lend,    Nnorth Star Location Services,    4285 Genessee St,    Buffalo, NY 14225-1943
518294018      +Mobiloans,    POB 1409,    Marksville, LA 71351-1409
518294019      +Montclair Radiology,    Certifed Credit and Collection,    POB 1750,
                Whitehouse Station, NJ 08889-1750
518294020      +My Loan Site,    POB 188,    Fort Thompson, SD 57339-0188
518294021       New Jersey Div of Taxation,    Compliance & Enforcement-Bkcy. Unit,    P.O. Box 245,
                Trenton, NJ 08695-0267
518294025      +Plains Cardio Pulmonary,    Certified Credit and Collection,    POB 1750,
                Whitehouse Station, NJ 08889-1750
518294026      +Publishers Clearing House,    POB 5344,    Harlan, IA 51593-0844
518294028      +Verve,    POB 3220,    Buffalo, NY 14240-3220
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 11 2019 23:39:49      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 11 2019 23:39:45      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518293995      +E-mail/Text: bankruptcy@ldf-holdings.com Jun 11 2019 23:40:29      Amplify Funding,    POB 542,
                Lac Du Flambeau, WI 54538-0542
518293999      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 11 2019 23:47:23      Capital One,
                POB 70884,    Charlotte, NC 28272-0884
518294001      +E-mail/PDF: creditonebknotifications@resurgent.com Jun 11 2019 23:46:43      Credit One Bank,
                POB 60500,    City Of Industry, CA 91716-0500
518294003      +E-mail/Text: bnc-bluestem@quantum3group.com Jun 11 2019 23:40:16      Fingerhut,
                53 McClelland Ave,    Saint Cloud, MN 56395-2076
518294008      +E-mail/Text: GenesisFS@ebn.phinsolutions.com Jun 11 2019 23:40:54      Genesis FS Card Services,
                POB 4477,    Beaverton, OR 97076-4401
518294009      +E-mail/Text: collections@greentrustcash.com Jun 11 2019 23:40:21      Green Trust Cash,
                POB 340,    Hays, MT 59527-0340
518294011       E-mail/Text: cio.bncmail@irs.gov Jun 11 2019 23:39:11      Internal Revenue Service,    POB 7346,
                Philadelphia, PA 19101-7346
518294013      +E-mail/Text: bankruptcy@ldf-holdings.com Jun 11 2019 23:40:23      Lendgreen,    POB 221,
                Lac Du Flambeau, WI 54538-0221
518294014      +E-mail/Text: bankruptcy@ldf-holdings.com Jun 11 2019 23:40:24      Loan at Last,    POB 1193,
                Lac Du Flambeau, WI 54538-1193
518294017      +E-mail/Text: bkr@cardworks.com Jun 11 2019 23:38:36      Merrick Bank,    POB 9201,
                Old Bethpage, NY 11804-9001
518294022      +E-mail/PDF: cbp@onemainfinancial.com Jun 11 2019 23:46:24      One Main Financial,
                79 Union Blvd,    Totowa, NJ 07512-2751
518294024       E-mail/Text: bankruptcypgl@plaingreenloans.com Jun 11 2019 23:40:11      Plain Green,
                93 Mack Rd #600,    Box Elder, MT 59521
518294027      +E-mail/Text: bankruptcyteam@quickenloans.com Jun 11 2019 23:40:06      Quicken Loans,
                1050 Woodward Ave,    Detroit, MI 48226-1906
                                                                                              TOTAL: 15
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518294023       Patricia A Halliday
518294010*      Internal Revenue Service,    POB 744,    Springfield, NJ 07081
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin                Page 2 of 2               Date Rcvd: Jun 11, 2019
                              Form ID: 132               Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2019 at the address(es) listed below:
              John F. Bracaglia, Jr.   on behalf of Debtor Stephen  Nocera brokaw@centraljerseylaw.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 3
```