| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Stephen Nocera<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–6739<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter: 13   6/10/19 |
| Case number: | 19–21593–JKS | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                       12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Stephen Nocera | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 20 Kevin Road<br>Lincoln Park, NJ 07035 | |
| 4. | **Debtor's attorney**<br>Name and address | John F. Bracaglia Jr.<br>SAVO, SCHALK, Gillespie, O'Grodnick & Fisher, P.A.<br>77 North Bridge Street<br>Somerville, NJ 08876 | Contact phone 908–526–0707 |
| 5. | **Bankruptcy trustee**<br>Name and address | Marie–Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Contact phone 973–227–2840<br>www.magtrustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>(800) 676–6856 | MLK Jr Federal Building<br>50 Walnut Street<br>Newark, NJ 07102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br>Contact phone 973–645–4764<br>Date: 6/11/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend.**<br>**Creditors may attend, but are not required to do so.**<br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **July 9, 2019 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Office of the US Trustee, 1085 Raymond Blvd., One Newark Center, Suite 1401, Newark, NJ 07102−5504** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 9/9/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 8/19/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 180 days from date of order for relief.**<br>**11 U.S.C. § 502(b)(9)** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form ("Official Form 410") may be obtained at www.uscourts.gov or any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**    30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan and notice of confirmation hearing will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline.<br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | |

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-21593-JKS
Stephen Nocera                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Jun 11, 2019
                              Form ID: 309I            Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2019.
```
db             +Stephen Nocera,    20 Kevin Road,    Lincoln Park, NJ 07035-2126
518293996      +Atlantic Health System,    POB 21385,    New York, NY 10087-1385
518293997      +Best Egg,    4316 Pickett Rd,    POB 3999,    Saint Joseph, MO 64503-0999
518294000       Cash Advance,    273 E 1875 South,    Roosevelt, UT 84066
518294002      +DSRM National bank,    POB 300,    Amarillo, TX 79105-0300
518293998     ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
               (address filed with court: Blaze Master Card,    POB 2534,    Omaha, NE 68103)
518294004      +First National Credit Card,    POB 2496,    Omaha, NE 68103-2496
518294006      +First Savings Credit Card,    POB 2509,    Omaha, NE 68103-2509
518294007      +Fortiva,    POB 105341,    Atlanta, GA 30348-5341
518294012      +Lend Up L Visa Card,    237 Kearney St #197,    San Francisco, CA 94108-4502
518294015      +Mariner Financial,    1090 Amboy Ave C4,    Edison, NJ 08837-2896
518294016      +Max Lend,    Nnorth Star Location Services,    4285 Genessee St,    Buffalo, NY 14225-1943
518294018      +Mobiloans,    POB 1409,    Marksville, LA 71351-1409
518294019      +Montclair Radiology,    Certifed Credit and Collection,    POB 1750,
                 Whitehouse Station, NJ 08889-1750
518294020      +My Loan Site,    POB 188,    Fort Thompson, SD 57339-0188
518294021       New Jersey Div of Taxation,    Compliance & Enforcement-Bkcy. Unit,    P.O. Box 245,
                 Trenton, NJ 08695-0267
518294025      +Plains Cardio Pulmonary,    Certified Credit and Collection,    POB 1750,
                 Whitehouse Station, NJ 08889-1750
518294026      +Publishers Clearing House,    POB 5344,    Harlan, IA 51593-0844
518294028      +Verve,    POB 3220,    Buffalo, NY 14240-3220
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: brokaw@centraljerseylaw.com Jun 11 2019 23:38:33     John F. Bracaglia, Jr.,
                 SAVO, SCHALK, Gillespie, O’Grodnick & Fi,    77 North Bridge Street,    Somerville, NJ  08876
tr             +E-mail/Text: BNC@magtrustee.com Jun 11 2019 23:40:26     Marie-Ann Greenberg,
                 Chapter 13 Standing Trustee,    30 Two Bridges Rd,    Suite 330,    Fairfield, NJ 07004-1550
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 11 2019 23:39:49     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 11 2019 23:39:45     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518293995      +E-mail/Text: bankruptcy@ldf-holdings.com Jun 11 2019 23:40:29     Amplify Funding,    POB 542,
                 Lac Du Flambeau, WI 54538-0542
518293999      +EDI: CAPITALONE.COM Jun 12 2019 02:58:00      Capital One,    POB 70884,
                 Charlotte, NC 28272-0884
518294001      +EDI: RCSFNBMARIN.COM Jun 12 2019 02:58:00      Credit One Bank,    POB 60500,
                 City Of Industry, CA 91716-0500
518294003      +EDI: BLUESTEM Jun 12 2019 02:58:00      Fingerhut,    53 McClelland Ave,
                 Saint Cloud, MN 56395-2076
518294005      +EDI: AMINFOFP.COM Jun 12 2019 02:58:00      First Premier Bank,    POB 5147,
                 Sioux Falls, SD 57117-5147
518294008      +EDI: PHINGENESIS Jun 12 2019 02:58:00      Genesis FS Card Services,    POB 4477,
                 Beaverton, OR 97076-4401
518294009      +E-mail/Text: collections@greentrustcash.com Jun 11 2019 23:40:21     Green Trust Cash,
                 POB 340,    Hays, MT 59527-0340
518294011       EDI: IRS.COM Jun 12 2019 02:58:00      Internal Revenue Service,    POB 7346,
                 Philadelphia, PA 19101-7346
518294013      +E-mail/Text: bankruptcy@ldf-holdings.com Jun 11 2019 23:40:23     Lendgreen,    POB 221,
                 Lac Du Flambeau, WI 54538-0221
518294014      +E-mail/Text: bankruptcy@ldf-holdings.com Jun 11 2019 23:40:24     Loan at Last,    POB 1193,
                 Lac Du Flambeau, WI 54538-1193
518294017      +EDI: MERRICKBANK.COM Jun 12 2019 02:58:00      Merrick Bank,    POB 9201,
                 Old Bethpage, NY 11804-9001
518294022      +EDI: AGFINANCE.COM Jun 12 2019 02:58:00      One Main Financial,    79 Union Blvd,
                 Totowa, NJ 07512-2751
518294024       E-mail/Text: bankruptcypgl@plaingreenloans.com Jun 11 2019 23:40:11     Plain Green,
                 93 Mack Rd #600,    Box Elder, MT 59521
518294027      +E-mail/Text: bankruptcyteam@quickenloans.com Jun 11 2019 23:40:06     Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
                                                                                              TOTAL: 18
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518294023       Patricia A Halliday
518294010*      Internal Revenue Service,    POB 744,    Springfield, NJ 07081
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jun 11, 2019
                              Form ID: 309I            Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2019 at the address(es) listed below:
NONE.                                                                                  TOTAL: 0