**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Stephen Nocera**<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–6739<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–21593–JKS | |

# Order of Discharge                                                                                                         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Stephen Nocera

9/9/24                                          **By the court:** John K. Sherwood
                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                Case No. 19-21593-JKS
Stephen Nocera                                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3
Date Rcvd: Sep 09, 2024      Form ID: 3180W      Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephen Nocera, 20 Kevin Road, Lincoln Park, NJ 07035-2126 |
| 518294000 | | Cash Advance, 273 E 1875 South, Roosevelt, UT 84066 |
| 518294009 | + | Green Trust Cash, POB 340, Hays, MT 59527-0340 |
| 518294012 | + | Lend Up L Visa Card, 237 Kearney St #197, San Francisco, CA 94108-4502 |
| 518294015 | + | Mariner Financial, 1090 Amboy Ave C4, Edison, NJ 08837-2896 |
| 518294016 | + | Max Lend, Nnorth Star Location Services, 4285 Genessee St, Buffalo, NY 14225-1943 |
| 518294019 | + | Montclair Radiology, Certifed Credit and Collection, POB 1750, Whitehouse Station, NJ 08889-1750 |
| 520367013 | + | Montclair Radiology, c/o CCCB, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518294025 | + | Plains Cardio Pulmonary, Certified Credit and Collection, POB 1750, Whitehouse Station, NJ 08889-1750 |
| 518405040 | + | Plains Cardio Pulmonary Associates, CCCB, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518294026 | + | Publishers Clearing House, POB 5344, Harlan, IA 51593-0844 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 09 2024 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 09 2024 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518369667 | | EDI: ATLASACQU | Sep 10 2024 00:20:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 518293995 | + | Email/Text: bankruptcy@ldf-holdings.com | Sep 09 2024 20:34:00 | Amplify Funding, POB 542, Lac Du Flambeau, WI 54538-0542 |
| 518293996 | + | Email/Text: customer.service@atlantichealth.org | Sep 09 2024 20:33:00 | Atlantic Health System, POB 21385, New York, NY 10087-1385 |
| 518293997 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Sep 09 2024 20:59:11 | Best Egg, 4316 Pickett Rd, POB 3999, Saint Joseph, MO 64503-0999 |
| 518294028 | | Email/Text: cfcbackoffice@contfinco.com | Sep 09 2024 20:33:00 | Verve, POB 3220, Buffalo, NY 14240 |
| 518293999 | + | EDI: CAPITALONE.COM | Sep 10 2024 00:20:00 | Capital One, POB 70884, Charlotte, NC 28272-0884 |
| 518332018 | + | EDI: AIS.COM | Sep 10 2024 00:20:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518294001 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 09 2024 20:47:43 | Credit One Bank, POB 60500, City Of Industry, CA 91716-0500 |
| 518294002 | ^ | MEBN | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518294004 | | Email/Text: BNSFN@capitalsvcs.com | Sep 09 2024 20:32:08 | DSRM National bank, POB 300, Amarillo, TX 79105-0300 |
| 518294006 | | Email/Text: BNSFS@capitalsvcs.com | Sep 09 2024 20:32:00 | First National Credit Card, POB 2496, Omaha, NE 68103 |
| 518293998 | | Email/Text: BNBLAZE@capitalsvcs.com | Sep 09 2024 20:32:00 | First Savings Credit Card, POB 2509, Omaha, NE 68103 |
| 518294005 | + | EDI: AMINFOFP.COM | Sep 09 2024 20:32:00 | Blaze Master Card, POB 2534, Omaha, NE 68103 |
| 518294007 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 10 2024 00:20:00 | First Premier Bank, POB 5147, Sioux Falls, SD 57117-5147 |
| 518294008 | + | EDI: PHINGENESIS | Sep 09 2024 20:32:00 | Fortiva, POB 105341, Atlanta, GA 30348-5341 |
| 518294011 | | EDI: IRS.COM | Sep 10 2024 00:20:00 | Genesis FS Card Services, POB 4477, Beaverton, OR 97076-4401 |
| 518294003 | | EDI: BLUESTEM | Sep 10 2024 00:20:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 518319235 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 10 2024 00:20:00 | Fingerhut, 53 McClelland Ave, Saint Cloud, MN 56395 |
| 518294013 | + | Email/Text: bankruptcy@ldf-holdings.com | Sep 09 2024 20:47:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518294014 | + | Email/Text: bankruptcy@ldf-holdings.com | Sep 09 2024 20:34:00 | Lendgreen, POB 221, Lac Du Flambeau, WI 54538-0221 |
| 518330818 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 09 2024 20:34:00 | Loan at Last, POB 1193, Lac Du Flambeau, WI 54538-1193 |
| 518294018 | | Email/Text: bankruptcy@mobiloans.com | Sep 09 2024 20:48:32 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518351977 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 09 2024 20:32:00 | Mobiloans, POB 1409, Marksville, LA 71351 |
| 518294017 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 09 2024 20:33:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 518294021 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 09 2024 20:47:59 | Merrick Bank, POB 9201, Old Bethpage, NY 11804-9001 |
| 518294022 | + | EDI: AGFINANCE.COM | Sep 09 2024 20:32:00 | New Jersey Div of Taxation, Compliance & Enforcement-Bkcy. Unit, P.O. Box 245, Trenton, NJ 08695-0267 |
| 518322012 | + | EDI: AGFINANCE.COM | Sep 10 2024 00:20:00 | One Main Financial, 79 Union Blvd, Totowa, NJ 07512-2739 |
| 518294024 | | Email/Text: bankruptcypgl@plaingreenloans.com | Sep 10 2024 00:20:00 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 518368049 | + | EDI: JEFFERSONCAP.COM | Sep 09 2024 20:34:00 | Plain Green, 93 Mack Rd #600, Box Elder, MT 59521 |
| 518494914 | | EDI: Q3G.COM | Sep 10 2024 00:20:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518400579 | | EDI: Q3G.COM | Sep 10 2024 00:20:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518494915 | + | EDI: Q3G.COM | Sep 10 2024 00:20:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 518398512 | | EDI: Q3G.COM | Sep 10 2024 00:20:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| | | | Sep 10 2024 00:20:00 | Quantum3 Group LLC as agent for, GPCC I LLC, |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 788, Kirkland, WA 98083-0788 |
| 518294027 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 09 2024 20:34:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 518314050 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 09 2024 20:34:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518413424 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 09 2024 20:32:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518294023 | | Patricia A Halliday |
| 518294010 | * | Internal Revenue Service, POB 744, Springfield, NJ 07081 |
| 520254577 | *+ | Plains Cardio Pulmonary, Certified Credit and Collection, POB 1750, Whitehouse Station, NJ 08889-1750 |
| 518294020 | ##+ | My Loan Site, POB 188, Fort Thompson, SD 57339-0188 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John F. Bracaglia, Jr. | on behalf of Debtor Stephen Nocera brokaw@centraljerseylaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4